Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| In Re: | § | |
|---|---|---|
| Percy Garland Rainey, Jr. | § | Case No. 09-70650-hdh-13 |
| Carol Ann Rainey | § | Chapter 13 |
| Debtor | § | |

### DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtor, by counsel, and for this Motion state as follows:

1. Debtor filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 08-70267-HDH-13 filed on 7/8/2008.

3. Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor's prior case was dismissed for: Debtor's payment increased beyond what was feasible for his household income. He had not been consistently employed at the time of filing his prior case. therefore he was unable to make the payment. .

5. The following changes of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully: Debtor's payment is reduced and he has been consistently employed for over a year. The current plan payment is more feasible. The payment will be deducted from his bi-weekly pay check.

WHEREFORE, Debtor requests this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on December 23, 2009, on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor

Case 09-70650-hdh13 Doc 8 Filed 12/23/09 Entered 12/23/09 10:46:42 Desc Main
Document Page 3 of 4

Debtor(s): Percy Garland Rainey, Jr.
Carol Ann Rainey
Case No:
Chapter: 13
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ACE Cash Express
3605 Kemp Blvd
Wichita Falls, TX 76308

Check N Go of Texas
Attn Chrystal-Manager
4214 Kemp
Wichita Falls, TX 76308

Kell West Regional Hospital
5420 Kell West Blvd
Wichita Falls, TX 76310

Afni, Inc./Sprint PCS
Po Box 3097
Bloomington, IL 61702

City of Burk/Wichita County
c/o Harold Lerew
PO Box 8188
Wichita Falls, TX 76307

Merrick Bank Corporation
PO Box 5000
Draper, UT 84020

American Servicing Co
PO Box 10388
Des Moines, IA 50306-0388

Consultants In Radiology, P.A.
1101 Sixth Avenue
Fort Worth TX 76104-4377

Midland Credit Mgmt/Aspen Master
8875 Aero Dr
San Diego, CA 92123

Balcom Law Firm/Home Eq Service
8584 Katy Fwy Ste 305
Houston, TX 77024

Credit Systems Intl In/Medstar
1277 Country Club Ln
Fort Worth, TX 76112

Military Star
PO Box 650524
Dallas, TX 75265

Banfield Pet Hospital
11815 NE Glen Widing dr.
Portland, OR 97220

Fire Alarm Installation
120 Wanda Way
Hurst, TX 76053

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301

Blakely Witt & Associa/Enclave
802 E Highway 80
Mesquite, TX 75149

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Oklahoma Tax Commission
Bankruptcy Section
120 N Robinson, Ste 2000
Oklahoma City, OK 73152-3248

Bureau of Collection Recovery,
PO Box 876
Oaks, PA 19456

Harris Methodist H.E.B.
Attention Business Office
6000 Western Place Suite 540
Fort Worth, Texas 76107-4660

Portfolio Recover/Direct Energy
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Capital One Bank
c/o TSYS Debt Mgmt
PO Box 5155
Norcross, GA 30091

HSBC Card Services/Orchard Bank
PO Box 5213
Carol Stream, IL 60197

Reliant Energy
PO Box 3765
Houston, TX 77253-3765

Cbc/financial Credit N/AT&T SWB
1300 W Main St
Visalia, CA 93291

I C System Inc/Banfield The Pet
Po Box 64378
Saint Paul, MN 55164

Rjm Acq LLC/Crossings Book Club
575 Underhill Blvd Ste 2
Syosset, NY 11791

Chase
PO Box 15298
Wilmington, DE 19850-5298

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

RJM Acq LLC/Doubleday Book Club
575 Underhill Blvd Ste 2
Syosset, NY 11791

Rjm Acq LLC/Quality Paperback B
575 Underhill Blvd Ste 2
Syosset, NY 11791

West Asset/Medical Center of Ar
2703 N Highway 75
Sherman, TX 75090

RJM Acq LLC/The Good Cook Book
575 Underhill Blvd Ste 2
Syosset, NY 11791

Williams & Fudge Inc/Art Instit
300 Chatham Ave Ste 201
Rock Hill, SC 29730

Sun Loan Company
3146 5th St Ste H
Wichita Falls, TX 76301

Texas Spine Inst
6550 Camp Bowie Blvd, Ste 111
Fort Worth, TX 76116

Timberland Partners Property Mgr
8000 Norman Center Dr., Ste 830
Minneapolis, MN 55437

Tinker Federal Credit Union
PO Box 45750
Tinker AFB OK  73145-0750

Tinker Federal Credit Union
PO Box 45750
Tinker Afb, OK 73145

TXU Energy
200 W John Carpenter Fwy
Irving, TX 75039

U S Dept Of Education/gsl/sf
50 United Nations Plaza
San Francisco, CA 94102

West Asset/ Bank of America
PO Box 210000
Stockton, CA 95210